1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2
   AMY MATCHISON (CA State Bar No. 217022)
3  Trial Attorney, Tax Division
   United States Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044
5  Telephone: (202) 307-6422
   Email: Amy.T.Matchison@usdoj.gov
6          Western.Taxcivil@usdoj.gov

7  MELINDA L. HAAG
   Northern District of California
8  United States Attorney

9  Attorneys for Petitioner
   THE UNITED STATES OF AMERICA
10
                 IN THE UNITED STATES DISTRICT COURT FOR THE
11                     NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,           )
                                         )   Case No.  15-cv-0092-PSG
14              Petitioner,              )
                                         )   [PROPOSED] NOTICE OF HEARING
15         v.                            )   AND ORDER TO SHOW CAUSE
                                         )
16  SANMINA CORPORATION AND              )
    SUBSIDIARIES,                        )
17                                       )
                Respondent.              )
18  _____  )

19

20         Upon the petition of the United States and the Declaration of Revenue Agent Jean Elting

    Rowe, including the exhibits attached thereto, it is hereby
21
           ORDERED that the respondent, Sanmina Corporation and Subsidiaries appear before
22
    United States Judge   Paul S. Grewal          in that Judge's courtroom in the United States
23

                                            1

1   Courthouse, San Jose, California, on the  24  day of  March           , 2015 at  10:00   a.m.

2   .m. , to show cause why it should not be compelled to obey the Internal Revenue Service

3   summons served upon it.

4          It is further ORDERED that:

5          1.     A copy of this Order, together with the Petition, Declaration of Jean Elting Rowe

6   and its exhibits, shall be served upon the respondent in accordance with Fed. R. Civ. P. 4, within

7   30 days of the date that this Order is served upon counsel for the United States or as soon

8   thereafter as possible.  Pursuant to Fed. R. Civ. P. 4.1(a), the Court hereby appoints Revenue

9   Agent Jean Elting Rowe, and all other persons designated by her, to effect service in this case.

10  Service may also be effected by the United States marshal or deputy marshal.

11         2.     Proof of any service done pursuant to paragraph 1, above, shall be filed with the

12  Clerk as soon as practicable.

13         3.     Since the file in this case reflects a prima facie showing that the examination is

14  being conducted for legitimate purposes, that the inquiries may be relevant to those purposes,

15  that the information sought is not already within the Commissioner's possession, and that the

16  administrative steps required by the Internal Revenue Code have been followed, *United States v.*

17  *Powell*, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to the respondent

18  to oppose enforcement of the summons.

19         4.     If the respondent has any defense to present or opposition to the petition, such

20  defense or opposition shall be made in writing and filed with the Clerk of Court and copies

21  served on counsel for the United States in Washington D.C., at least 30 days prior to the date set

22  for the show cause hearing.  The United States may file a reply memorandum to any opposition

23  at least 5 court days prior to the date set for the show cause hearing.

5.      At the show cause hearing, the Court will consider all issues raised by the respondent.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit or declaration will be considered.  Any uncontested allegation in the petition will be considered admitted.

6.      The respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States in Washington, D.C., at least 14 days prior to the date set for the show cause hearing, that the respondent has no objection to enforcement of the summons.  The respondent's appearance at the hearing will then be excused.

The respondent is hereby notified that failure to comply with this Order may subject it to sanctions for contempt of court.

Dated this _21_ of January, 2015

_____
UNITED STATES MAGISTRATE JUDGE